# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN DIEGO COASTKEEPER, a non-profit corporation; COASTAL ENVIRONMENTAL RIGHTS FOUNDATION, a non-profit corporation,<br><br>Plaintiffs,<br>v.<br><br>MILLER BARZ ENTERPRISES, INC, a California Corporation, doing business as Allways Metal Recycling,<br><br>Defendant. | Civil Case No.: 3:19-cv-00953-DMS-WVG<br><br>**JOINT NOTICE OF SETTLEMENT** |

**TO THE COURT AND TO THE PARTIES:**

**PLEASE TAKE NOTICE** that Plaintiffs San Diego Coastkeeper and Coastal Environmental Rights Foundation (collectively "Plaintiffs"), and Miller Barz Enterprises, Inc., doing business as Allways Metal Recycling ("Defendant") have reached a settlement whose specific terms are set forth in a proposed Consent Decree, which is attached to this Notice and filed herewith as Exhibit "A."

On August 8, 2019, Plaintiffs mailed copies of the proposed Consent Decree via U.S. Certified Mail on the Administrator of the U.S. E.P.A, and the U.S. Attorney General, Citizen Suit Coordinator, and mailed a copy to the Regional Administrator of EPA Region IX (collectively "the Agencies").

Under the provisions of 40 C.F.R. § 135.5, the Agencies have 45 days from the date of receipt to review a proposed consent decree and to submit comments to the Court and the Parties, if any. Also, Plaintiffs are required to notify the Court upon receiving notice that the agencies have received the Parties' proposed consent decree. *Id*.

Plaintiffs will notify the Court upon receipt of such notice. The Court may sign and enter the Consent Decree after the 45-day review period has run. *Id*. Plaintiffs will therefore submit the proposed Consent Decree to the Court for the Court's consideration upon expiration of the 45-day review period.

Should the Court require any additional information, the undersigned will be pleased to provide it upon request.

DATED: August 8, 2019                              TODD M. ABBOTT, ESQUIRE


                                        By:  s/Todd Abbott
                                             Todd M. Abbott
                                             Attorneys for Defendant
                                             Miller Barz Enterprises, Inc.

| | | |
|---|---|---|
| 1 | DATED: August 8, 2019 | COAST LAW GROUP LLP |

By: <u>s/Livia B. Beaudin</u>
    Livia B. Beaudin
    Attorneys for Plaintiff
    COASTAL ENVIRONMENTAL RIGHTS FOUNDATION

DATED: August 8, 2019                   SAN DIEGO COASTKEEPER

By: <u>s/Patrick McDonough</u>
    Patrick J. McDonough
    Attorney for Plaintiff
    SAN DIEGO COASTKEEPER

**SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Livia B. Beaudin, counsel for Coastal Environmental Rights Foundation, and Todd M. Abbott, counsel for Defendant Miller Barz Enterprises, Inc., and that I have obtained their authorization to affix their electronic signatures to this document.

Dated: August 8, 2019              **San Diego Coastkeeper**

                                              By: s/Patrick McDonough
                                              Patrick McDonough
                                              Attorney for San Diego Coastkeeper
                                              E-mail: patrick@sdcoastkeeper.org

1

**CERTIFICATE OF SERVICE**

2

I hereby certify that on August 8, 2019, I electronically filed the Joint Notice of

3

Settlement with the Clerk of the Court using the CM/ECF system which will

4

5

automatically send email notification of such filing to all attorneys of record. I have also

6

I caused copies of the Joint Notice of Settlement to be sent to the following via Electronic

7

Mail:

8

9
Todd M. Abbott, Esquire
tmabbottlaw@gmail.com
10
Attorney for Defendant
Miller Barz Enterprises, Inc.
11

12

13

14
Dated: August 8, 2019          **San Diego Coastkeeper**

15
                               By: s/Patrick McDonough
                               Patrick McDonough
16
                               Attorney for San Diego Coastkeeper
17                             E-mail: patrick@sdcoastkeeper.org

18

19

20

21

22

23

24

25

26

27

28